IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| ASHLEE UNDERWOOD and STEPHEN UNDERWOOD | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: 3:13-cv-36 |
| ARCOVIA PROPERTIES, INC. MARK WILLETT and SHERI MYERS WILLETT | ) ) ) ) | |
| Defendants. | ) | JURY TRIAL REQUESTED |

## **COMPLAINT FOR DAMAGES**

COME NOW Plaintiffs Ashlee Underwood and Stephen Underwood, and file this lawsuit against Defendants Arcovia Properties, Inc., Mark Willett and Sheri Myers Willett (hereinafter collectively "Defendants"), and shows the following:

### **I. Nature of Complaint**

1.

Plaintiffs bring this action to obtain full and complete relief and to redress the unlawful employment practices described herein.

2.

This action seeks declaratory relief, liquidated and actual damages for Defendants' failure to pay federally mandated minimum wage and overtime wages to Plaintiffs in violation of the Fair Labor Standards Act of 1938, as

1

amended, 29 U.S.C. §201 *et seq*. (hereinafter "FLSA") during Plaintiff's employment with Defendants (hereinafter referred to as the "relevant time period").

## II. Jurisdiction and Venue

3.

The jurisdiction of this Court is invoked pursuant to 29 U.S.C. §216(b), and 28 U.S.C. §1343(4).

4.

Defendant Arcovia Properties, Inc. (hereinafter "Arcovia") is a Georgia corporation.

5.

The unlawful employment practices alleged in this Complaint were committed within this District at Plaintiffs' work location: 152 Cannon Farm Road, Oxford, Georgia 30054.  In accordance with 28 U.S.C. § 1391, and LR 3, Middle District of Georgia, venue is appropriate in this Court.

## III. Parties

6.

Plaintiffs were residents of the State of Georgia during the relevant time period.

7.

Defendant Arcovia Properties, Inc. may be served with process by delivering a copy of the summons and complaint to its registered agent, Sherri Myers Willett, 3850 Nikki Lane, Loganville, Georgia 30052-1805.

8.

Defendant Mark Willett may be served with process by delivering a copy of the summons and complaint to his home address at 3850 Nikki Lane, Loganville, Georgia 30052-1805.

9.

Defendant Sherri Myers Willett may be served with process by delivering a copy of the summons and complaint to her home address at 3850 Nikki Lane, Loganville, Georgia 30052-1805.

## IV. Factual Allegations

10.

Plaintiff Ashlee Underwood worked at Arcovia Properties from August 1, 2011 until August 14, 2012.

11.

Ms. Underwood typically worked from 8:30am until 6:00pm with a half-hour lunch break. She often (at least once per week) stayed later than 6:00pm to show rental units to late-arriving prospective renters and worked on several

Saturdays in January, February and March.

12.

Ms. Underwood's good faith estimate is that she worked an average of approximately 47 hours per week during her time at Arcovia.

13.

During her time as an employee at Arcovia, Ms. Underwood was paid $250 per week from August 1, 2011 until September 12, 2011, $175 per week from September 12, 2011 until May 31, 2012, and $200 per week from June 1, 2012 through her last day August 14, 2012.

14.

Ms Underwood was also told that when she took a day off, she had to work Saturday to "make up" the time.  Ms. Underwood was terminated for not being "a good fit."

15.

Plaintiff Stephen Underwood worked at Arcovia from July 15, 2011 until September 12, 2011 performing maintenance work.

16.

Mr. Underwood was paid $250 per week during the time he worked at Arcovia.

17.

Mr. Underwood's good faith estimate is that he worked approximately 45 hours per week during the time he worked at Arcovia.

18.

Plaintiffs were classified as independent contractors and not as employees during the time they worked at Arcovia.

19.

Plaintiffs were misclassified, and should have been paid at least minimum wage for all hours worked and time and a half for all hours over 40 per week under the FLSA.

20.

Plaintiffs did not receive correct tax documentation for the years 2011 and 2012.

### V. Violations of the Minimum Wage Wage Requirement of the Fair Labor Standards Act.

21.

Defendants, individually and collectively, jointly and severally, have violated FLSA § 6, 29 U.S.C. § 206, by failing to pay minimum wage for time that Plaintiffs worked.

22.

Pursuant to FLSA §16, 29 U.S.C. §216, Plaintiffs bring this lawsuit to

recover unpaid wages, liquidated damages in an equal amount, attorneys' fees, and the costs of this litigation.

## VI. Violations of the Overtime Wage Requirement of the Fair Labor Standards Act.

22.

Defendants, individually and collectively, jointly and severally, have violated FLSA § 7, 29 U.S.C. § 207, by failing to pay overtime wages for time that Plaintiffs worked in excess of forty (40) hours in a workweek.

23.

Pursuant to FLSA §16, 29 U.S.C. §216, Plaintiffs bring this lawsuit to recover unpaid wages, overtime wage differential, liquidated damages in an equal amount, attorneys' fees, and the costs of this litigation.

## VII. Prayer for Relief

**WHEREFORE**, Plaintiff respectfully requests that this Court:

(A)  Grant Plaintiffs a trial by jury as to all triable issues of fact;

(B)  Enter judgment awarding Plaintiffs unpaid minimum wages and overtime wages pursuant to the FLSA § 6, 7, 29 U.S.C. § 206, 207, liquidated damages as provided by 29 U.S.C. § 216, pre-judgment interest on unpaid wages pursuant to 29 U.S.C. § 216, and court costs, expert witness fees, reasonable attorneys' fees as provided under FLSA § 16 and all other remedies allowed under the FLSA;

(C)     Grant declaratory judgment declaring that Plaintiff's rights have been violated; and

(D)     Award Plaintiff such further and additional relief as may be just and appropriate.

Respectfully submitted this 10th day of April, 2013.

                    **THE SHARMAN LAW FIRM LLC**

                    /s/ *Paul J. Sharman*
                    PAUL J. SHARMAN
                    Georgia State Bar No. 227207

                    The Sharman Law Firm LLC
                    11175 Cicero Drive, Suite 100
                    Alpharetta, GA 30022
                    Phone: (678) 242-5297
                    Fax: (678) 802-2129
                    Email: paul@sharman-law.com

                    Counsel for Plaintiff