IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ASHLEE UNDERWOOD and<br>STEPHEN UNDERWOOD,<br><br>　　　　　Plaintiffs,<br>v.<br><br>ARCOVIA PROPERTIES, INC.<br>MARK WILLETT and<br>SHERI MYERS WILLETT,<br><br>　　　　　Defendants. | CASE NO. 3:13-CV-00036-CAR |

**JOINT MOTION FOR APPROVAL OF AMENDED
SETTLEMENT AGREEMENT**

　　Plaintiffs Ashlee Underwood and Stephen Underwood ("Plaintiffs") and Defendants Arcovia Properties, Inc., Mark Willet, and Sheri Myers Willett ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby file this Joint Motion for Approval of Amended Settlement Agreement pertaining to the above-captioned case. In support thereof, the attorneys for the Parties state as follows.

　　The Parties hereby request approval of the Parties' executed amended Settlement Agreement that is attached hereto as Exhibit A. The Parties' settlement awards Plaintiffs the full amount of relief that they now claim are owed pursuant to their Fair Labor Standards Act ("FLSA") claims. Because Plaintiffs' claims arise

under the FLSA, the Parties seek the Court's approval of the amended Settlement Agreement.

## Background

The parties filed their Joint Motion for Approval of Settlement Agreement [Doc. 7] on August 21, 2013.  On August 27, 2013, the Court entered its Order Denying Motion to Approve FLSA Settlement [Doc. 8].  The Court denied without prejudice the parties' motion based on the language of the releases included in the settlement agreement and the parties' agreement for a payment of attorney's fees to Plaintiffs' counsel without justification of the amount of fees.

The Court directed the parties to move for approval of an amended settlement agreement in accordance with its Order within twenty-one days.  The parties are herewith submitting their amended settlement agreement as directed by the Court.

## Citation of Legal Authorities

Pursuant to the case law regarding settlement of FLSA claims, there are three ways in which claims under the FLSA can be settled and released by an employee.  First, the FLSA allows an employee to settle and waive his claims under the FLSA if the payment of unpaid wages by the employer to the employee is supervised by the Secretary of Labor.  See 29 U.S.C. § 216(c).  Second, in the

Case 3:13-cv-00036-CAR Document 9 Filed 09/10/13 Page 3 of 6

context of a private lawsuit brought by an employee against an employer under § 216(b) of the FLSA, an employee may settle and release FLSA claims against an employer if the parties present the district court with a proposed settlement and the district court approves the fairness of the settlement. Schulte, Inc. v. Gandi, 328 U.S. 108, 66 S. Ct. 925, 928 n.8 (1946); Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350, 1353 (11th Cir. 1982); Taylor v. Progress Energy, Inc., 493 F.3d 454 (4th Cir. 2007). Third, the parties to an FLSA claim may settle the claim without judicial approval if the plaintiff will receive all of the relief to which he would be entitled if his claims were proven. Mackenzie v. Kindred Hospitals East, L.L.C., 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). There is a presumption in favor of approving a settlement as fair, but court review is appropriate to ensure fairness to the parties. In re Dollar General Stores FLSA Litig., 2011 WL 3904609, *2 (E.D.N.C. Aug. 23, 2011).

The Parties agree that the instant action involved disputed issues. The Parties further agree that the settlement negotiated and reached by the Parties compensates Plaintiffs for all of the relief they now claim is due under the FLSA.

### A. Plaintiffs Ashlee Underwood and Stephen Underwood

The parties seek to settle Plaintiffs' claims that they worked unpaid overtime and for less than minimum wage. Plaintiffs now agree the settlement payment

{00144080.DOC / } -3-

Defendants will pay them will compensate them for all unpaid minimum wage and overtime allegedly due from Defendants.  Plaintiffs argue that that they worked hours for which they did not receive overtime and that they were paid at their regular rate for all time worked.  Plaintiffs further argue that they worked hours for which they did not receive the minimum wage.  Plaintiffs now agree that they are owed no more than $8,000.00 for the unpaid overtime and minimum wage.  This payment represents a settlement amount equal to or in excess of the relief that Plaintiffs claimed in their FLSA claims.

Defendants dispute Plaintiffs' allegations and deny they owe wages for unpaid overtime and minimum wage hours as defined by the FLSA but, based on the foregoing, Defendants have agreed to pay Plaintiffs $8,000.00 for their alleged overtime wages and minimum wage deficiencies.  Defendants have also agreed to pay Plaintiffs $4,500.00 for attorneys' fees which will be paid directly to Plaintiffs' counsel.  The parties agreed to the payment of this attorneys' fee amount separately and without regard to the amount paid to settle Plaintiffs' claims.  See Bonetti v. Embarq Mgmt. Co., 715 F. Supp. 2d 1222, 1228 (M.D. Fla. 2009).

## Conclusion

THEREFORE, because Plaintiffs will receive the entire amount that they claim is due under the FLSA, the Parties respectfully request that the Court enter

-5-

an Order (attached hereto as Exhibit B) approving the amended Settlement Agreement.

Respectfully submitted this 10th day of September, 2013.

| /s/ Paul J. Sharman | /s/ F. Skip Sugarman |
|---|---|
| Paul J. Sharman | F. Skip Sugarman |
| Georgia Bar No. 227207 | Georgia Bar No. 690773 |
| (paul@sharman-law.com) | (ssugarman@bloom-law.com) |
| THE SHARMAN LAW FIRM LLC | Troy R. Covington |
| 11175 Cicero Drive – Suite 100 | Georgia Bar No. 190949 |
| Alpharetta, GA  30022 | (tcovington@bloom-law.com) |
| Tel:   (678) 242-5297 | BLOOM SUGARMAN EVERETT, LLP |
| Fax:  (678) 802-2129 | 977 Ponce de Leon Avenue, NE |
| | Atlanta, GA  30306-4265 |
| | Tel:   (404) 577-7710 |
| | Fax:  (404) 577-7715 |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I electronically filed the foregoing JOINT MOTION FOR APPROVAL OF AMENDED SETTLEMENT AGREEMENT with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Paul J. Sharman, Esq.
>(paul@sharman-law.com)
>THE SHARMAN LAW FIRM LLC
>11175 Cicero Drive – Suite 100
>Alpharetta, GA  30022

>/s/ F. Skip Sugarman
>F. Skip Sugarman
>Georgia Bar No. 690773
>(ssugarman@bloom-law.com)

BLOOM SUGARMAN EVERETT, LLP
977 Ponce de Leon Avenue, NE
Atlanta, Georgia  30306-4265
Tel:   (404) 577-7710
Fax:   (404) 577-7715

*Attorneys for Defendants*